UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED

MAR 02 2023

U.S. District Court
Middle District of TN

| | | |
|---|---|---|
| UNITED STATES | ) | |
| Lovie Dean Grant, | ) | |
| Plaintiff, | ) Case No. | 03-12-0063 |
| | ) | |
| V. | ) Judge | Eli J Richardson |
| | ) Magistrate Judge | Alistair Newbern |
| Joyce Fultz, | ) | |
| J.Phillip Jones, | ) | |
| J.Phillip Jones Law Firm, | ) | |
| Tish C. Baldwin | ) | |
| Stewart Title Company, | ) | |
| Defendant(s) | ) | |
| | ) | |

## DEMAND FOR JUDGMENT

Comes now, Lovie Dean Grant, The Plaintiff, and motions the court for a Default Judgment in this matter. It has been 21 days and the defendants have the plaintiffs' house for sale on February 23, 2023. The plaintiff demands the court make a judgment.

Lovie Dean Grant

Louie Dean Grant
2494 Saundersville Ferry Rd
Mt Juliet TN 37122

7022 3330 0000 5745 7369

RECEIVED

MAR 02 2023

U.S. District Court
Middle District of TN

Clerks Office
719 Church Street
Ste # 1300
Nashville TN 37203

