IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LOVIE D. GRANT,              )
                            )
        Plaintiff,          )        NO. 3:23-cv-00063
                            )
v.                          )        JUDGE RICHARDSON
                            )
JOYCE FULTZ, et al.,        )
                            )
        Defendants.         )

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 16, "R&R"), wherein the Magistrate Judge recommends that this action be dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. No party has filed an objection within 14 days as required by Fed. R. Civ. P. 72 and 28 U.S.C. '§ 636(b)(1).

The failure to properly, specifically, and timely object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc*., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id*.

Accordingly, in the absence of any objections at all, the R&R (Doc. No. 16) is ADOPTED. The action is DISMISSED WITHOUT PREJUDICE in accordance with Fed. R. Civ. P. 4(m).

This is the final order in this case. As it denies all relief, the Clerk SHALL enter judgment.

Fed. R. Civ. P. 58(b)(1)(C).

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE